ALONSO, CERSONSKY & GARCÍA, P.C.
ATTORNEYS AND COUNSELORS
GALLERIA FINANCIAL CENTER
5065 WESTHEIMER, SUITE 600
HOUSTON, TEXAS 77056
TELEPHONE: (713) 840-1492   FAX: (713) 840-0038

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED

MAR - 9 2006

MICHAEL N. MILBY, CLERK OF COURT

March 7, 2006

Mr. Michael Milby, District Clerk
United States District Court for the
Southern District of Texas
Houston Division
515 Rusk
Houston, Texas 77002

Re:   Registering Travis County Court Judgment in Federal Court

In Re:   *The States of Texas vs. Kelly Webster*
*Cause No. 258,081*
*In the County Court at Law No. 1 of Travis County*

H 06 0103

Dear Clerk:

Please be advised that the law firm of Alonso, Cersonsky & Garcia, P.C. represents the United States of America with regard to a claim by the United States of America against the above debtor. Please be advised that the Department of Health and Human Services has specifically requested our firm to assist in enforcement of the judgment obtained in the County Court at Law No.1 of Travis County, Texas under Cause No. 258,081.

Please register this county court judgment with the United States Court for the Southern District of Texas. Authorization to register the judgment in federal court is provided under Public Law No. 102-408 707(h)(3).

**This is a student loan case and should be assigned to Judge Lynn N. Hughes.**

Thank you for your courtesy and attention to this matter.

Very truly yours,

M. H. Cersonsky

MHC/jr
Encl.:   (1) Certified Copy of Judgment;

01B HEAL
REQ. 06 21 2002

NO. 258,081

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | COUNTY COURT AT LAW NO 1 |
| | § | |
| VS. | § | COURT OF |
| | § | |
| KELLY H WEBSTER | § | TRAVIS COUNTY, TEXAS |

## DEFAULT JUDGMENT

Be it remembered on the date set forth below, came on to be heard the above-entitled and numbered cause wherein the State of Texas is Plaintiff and KELLY H WEBSTER is Defendant. The Plaintiff appeared by its attorney of record and announced ready for trial. The Defendant, although having been duly and legally cited to appear and answer, failed to appear and answer in this cause, and wholly made default.

Citation was served according to law and returned to the clerk where it remained on file for the time required by law. The Court has read the pleadings and the papers on file, and is of the opinion that the allegations of Plaintiff's petition have been admitted and that the cause of action is liquidated and proven by an instrument(s) in writing, and finds that Defendant is indebted to Plaintiff for the principal sum of $21,802.00, capitalized interest in the amount of $2,463.08, current interest in the amount of $7,353.28, late charges in the amount of $140.00, for a total sum of $31,758.36 plus per annum interest thereon at the rates stated below from the date of this judgment until paid. The Court further finds that Plaintiff is entitled to reasonable attorney's fees in the amount of $150.00.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that the State of Texas, acting by and through the Texas Higher Education Coordinating Board and the Texas Opportunity Plan Fund, do have and recover from KELLY H WEBSTER, the sum of $31,758.36, with per annum post judgment interest from this date accruing on amounts and at the interest rates stated below, until paid, together with attorney's fees in the amount of $150.00, all costs of court herein incurred, and court costs and attorney's fees which may hereafter be incurred in the collection of this judgment if the same be necessary.

| Exhibit | Principal Sum | Capitalized Interest | Current Interest | Late Charges | Total Due | Interest Rate |
|---|---|---|---|---|---|---|
| A | $5,047.00 | $ 803.95 | $2,353.09 | $33.60 | $ 8,237.64 | 6.250% |
| B | 7,165.00 | 1,016.83 | 3,489.27 | 44.80 | 11,715.90 | 6.125% |
| C | 9,590.00 | 642.30 | 1,510.92 | 61.60 | 11,804.82 | 6.375% |

Plaintiff is allowed such writs and processes as may be necessary.

SIGNED this 21 day of Feb, 2003

JUDGE PRESIDING

I, Dana DeBeauvoir, County Clerk, Travis County, Texas, do hereby certify that this is a true and correct copy as same appears of record in my office. Witness my hand and seal of office on JUN 2 3 2003
Dana DeBeauvoir, County Clerk
By Deputy:

00391  0598