| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States of America, §
    Plaintiff, §
vs. § Civil Action No. MC-06-103
Kelly H. Webster, §
    Defendant. §

Satisfaction and Release of Judgment

STATE OF TEXAS §
COUNTY OF HARRIS §

On March 9, 2006, judgment was rendered against KELLY H. WEBSTER in the above styled and numbered cause. The judgment against KELLY H. WEBSTER has been fully satisfied by payment.

THEREFORE, the UNITED STATES OF AMERICA, the owner of the above described judgment against KELLY H. WEBSTER gives notice that the judgment in Cause No. MC-06-103 is satisfied because of payment and the United States releases KELLY H. WEBSTER and all liens existing by reason of such judgment upon any property of KELLY H. WEBSTER.

Respectfully submitted,

By: _____
M. H. Cersonsky, TBA#04048500
U. S. Southern Dist. #5082
1770 St. James Place, Suite 150
Houston, Texas 77056
Tel. No. (713) 600-8500
Fax No. (713) 600-8585
Attorney for Plaintiff

Of Counsel:
Cersonsky, Rosen & García, P.C.

## Verification

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

      BEFORE ME, the undersigned authority, on this day personally appeared M. H. Cersonsky, who, being by me duly sworn, on his oath stated that he has read the foregoing Satisfaction and Release of Judgment and that every statement of fact contained therein is within his personal knowledge and true and correct. He further acknowledged to me that he executed the foregoing instrument on behalf of the Plaintiff and that he had the authority to do so for the purposes and consideration therein expressed.

_____
M. H. Cersonsky

      SUBSCRIBED AND SWORN TO BEFORE ME on February 15, 2019, to certify which witness my hand and official seal.

_____
Notary Public, State of Texas



EDDITH SALAZAR
MY COMMISSION EXPIRES
June 30, 2019